# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 SEP 27 PM 1:36

OFFICE OF THE CLERK

Jonathan Lee Riches©,
Plaintiff

v.

Civil No 8:07CV388

WARREN BUFFET,
BERKSHIRE HATHAWAY INC,
DEFENDANTS

## Complaint
## "MAJOR STOCK MARKET SCANDAL"
## VIOLATION OF MY 6th/8th AMENDMENT RIGHTS

Comes Now, the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue an order for Defendants Named in this Suit to respond. This suit is a Civil Rights action, along with constitutional violations, and crimes committed pursuant to: Major fraud, Stock manipulation, Tax fraud, Mail fraud, Identity theft, cooking the books, Money Laundering, extortion, Pump and dump, deceit, harassment, and Terroristic threats. Plaintiff is entitled for relief under the Whistle blowing Act. Plaintiff moves to watch MR. Buffet under the Patriot act, and to Listen on his phone under warrantless wiretaps. Plaintiff seeks $50,000,000.00 Million dollars and the arrest of Warren Buffet for being a robber barron.

### 1

I worked as a housekeeper at Warren Buffets home from 1996 until Feb 24th, 2003. During these Years I witnessed Numerious Atrocities Buffet committed. On Feb 24th, 2003 Buffet and Microsoft Chairman Bill gates had a clandestine meeting in his bedroom with NYSE Martin Grasso, Michael Milken, and Ken Lay. I was in the utility

Richies v. Buffet

Closet next to the bedroom Looking through a peep hole. I heard Buffet say on Oct 11th, 2007 he is going to crash the stock market to coincide with other october stock market crashes. Lay asked Buffet how is he going to manage the crash. Buffett showed everyone a secret brief case with the combination 777. Inside is a red button and you have to punch in stock market crash codes. This suitcase is Radio Frequency RFId to the NYSE, that can secretly draw Average Americans money into dump trucks. The same scheme used in the Die Hard movies. Gates is to use a voice changer to call dirty bomb threats to NYC schools as a smoke screen. Dump trucks are going to drive along I-80 to omaha to be buried in a underground silo and sorted later. Im whistle blowing on this plot, Oct 11th, 2007

2

Buffet asked me on 2001 may 10th, to do a Identity theft heist. Buffet wanted me to set up thousands of Brokerage accounts with Etrade and trade king under peoples Identities. I set up 23,000 Accounts between May 2001 to Dec 30 2002. Buffet then had me steal the identities of thousands of other Americans and get cash Advances in their names and merchandise to Liquidate. The Funds were then deposited into the 23,000 Brokerage Accounts. Buffet then had me use all 23,000 accounts and illegally purchase Berkshire Hathaway stock. This not only brought the stock of Berkshire Hathaway up fraudulently, but the 23,000 accounts made Berkshire Hathaways stock volume rise, therefore other Americans saw the high volume, and it solicitated their money also. Also during the same period, I used a "Spam" "phishing" program to mass email millions of Americans with a Phony messaging saying How Great Berkshire Hathaways Stock was. This deceived thousands of people to invest into Berkshire Hathaway.

On October 2, 2001, Buffet recieved a phone call at his Omaha home that I was listening to on another Phone in the House with then NYSE Chairman Grasso who told Buffet the Market is going into a

recession and to have Buffet buy out his personal shares of Berkshire Hathaway As soon as possible. Buffet complied. Bershire Hathaway lost 30% of it's value from that phone call until Dec 2003. A major fraud on the American people. I felt sick to my stomach that Buffet could rip off his own shareholders.

3

From May 2001 until Jan 2003 I witness Buffet print up false annual reports for his shareholders. Buffet would put in language in the reports that Average shareholders could not understand, but buffet's V.I.P top shareholders would know when to buy out with this insider trading.

From May 2001 through Jan 2003 - I witnessed cheat his taxes. Buffet wrote excessive tax write off's on frivolous new loans in other peoples Identities that Buffet ordered me to set up, Creating new lines of credit, which was used to fraudulently set up more Berkshire Hathaway Stock to manipulate

4

January 20th, 2003 - Rubenstein with the Carlyle group, and MR. Swartzman with the Blackstone group met with Buffet at his omaha home. I witnessed a conversation through the utility closet peep hole about secret plans to Start Leverage buyouts offers starting in mid 2006 until the 2008 elections. "LBO's", Swartzman and Rubenstein would buy public traded Companies, then take them private. This would force public traded company shareholders to sell their shares against their will. Defendants would mislead shareholders into investigating into Berkshire Hathaway. A pump and dump scheme that is illegal by the Security and Exchange Commission

5

On Feb 25th, 2003, I was arrested for Identity theft and wire fraud by FBI agents in Houston. Feb 26th, 2003 I made a phone call to Warren Buffet to tell him about my arrest. Buffet threatened me not to implicate him because he could make me disappear with the snap of his fingers. I never told the Government anything illegal about warren Buffet's

Fraudulent operations. I'm exposing them now under the whistle blowing act because what Buffet is doing is illegal which is causing me mental stress and constant hurt that he's filing false Tax returns and cheating his shareholders. My 6th amendment rights are being violated by Buffet because he failed to provide me with adequate legal representation he promised to give me on Feb 25th, 2003 which led to me being enhanced millions of dollars in Fraud losses not proven by a Jury under Booker and Fan Fan. I worked for Warren Buffet. My convicted fraud was from doing work under Buffet's orders. He had a responsibility to help me. Instead, he threatened me with harm if I exposed his illegal operations to the Government or the Press. I'm currently suffering mental torture because of Buffets threats and mental anguish. Buffet won't answer my prison calls like he promised. Buffet sends me cruel letters during Christmas to inflict more pain. Buffet never visited me once while I been to prison. Working under Buffet, he won't release my 401K to me.

## Conclusion

Plaintiff moves this Honorable Court for Warren Buffet to respond. Plaintiff moves this Court to stop Warren Buffet from the continuing acts of ripping off his shareholders and cheating his taxes. Plaintiff prays for relief.

Respectfully Submitted

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC. 29590
(843) 387-9400

Jonathan Lee Riches©
U.C.C 1-308



Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

United States District Court
District of NEBRASKA
HRUSKA U.S. Courthouse
111 S. 18th Plaza
Omaha, NE 68102

FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590
Date: _____

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

_____
Mail Room Officer

RECEIVED
SEP 27 2007
CLERK
U.S. DISTRICT COURT
OMAHA