IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JONATHAN LEE RICHES,** | ) | **CASE NO. 8:07CV388** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **WARREN BUFFET, and BERKSHIRE HATHAWAY, INC.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on its own motion. Plaintiff's complaint lists Berkshire Hathaway, Inc., as a defendant. The Clerk of the court has informed me that Magistrate Judges Thalken, Piester, and Gossett have recused themselves from cases in which Berkshire Hathaway is a party. Therefore, I will handle this matter without the assignment of a magistrate judge.

IT IS THEREFORE ORDERED that:

The Clerk of the court shall not assign a magistrate judge to this matter.

DATED this 3rd day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge