IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | CASE NO. 8:07CV388 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| WARREN BUFFET, and BERKSHIRE HATHAWAY, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's application for leave to proceed in forma pauperis ("IFP"). (Filing No. 3). Upon review of the plaintiff's financial affidavit, the plaintiff is provisionally granted leave to proceed IFP.

IT IS THEREFORE ORDERED:

The plaintiff's application for leave to proceed in forma pauperis (Filing No. 3) is provisionally granted.

DATED this 23rd day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge